# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN BAUCHE<br><br>                      Petitioner,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF LABOR<br><br>                      Respondent. | Case No. 24-5793<br>Case No. 24-5794<br><br>**DOL Agency Case Nos.**<br><br>ARB-2023-0016<br>ARB-2023-0031 |

## PETITIONER'S STATUS REPORT

      This appeal arises from claims under the employee-protection provisions of the Corporate and Criminal Fraud Accountability Act of 2002 (the "*Sarbanes-Oxley Act*" or "*SOX*"), *18 U.S.C. § 1514A*, and the regulations promulgated at *29 C.F.R. Part 1980*, for actions originating from the U.S. Department of Labor ("DOL").

      Pursuant to this Court's Order dated January 10, 2025 (Docket Entry No. 16), which stayed these consolidated appellate proceedings pending the resolution of ***Masimo Corp. v. Bauche***, **Cal. Ct. App. No. G0063141**, and directed Petitioner to file status reports every ninety (90) days, Petitioner John Bauche, appearing pro se, respectfully submits this report.

      As of October 6, 2025, the ***Masimo Corp. v. Bauche*** matter **(Cal. Ct. App. No. G0063141)** remains pending before the California Court of Appeal. Oral Arguments were held on July 23, 2025. Petitioner remains unaware of a definitive date of resolution and hereby submits this report as ordered.

                                                                          Respectfully Submitted,

                                                               By: *John Bauché*
                                                                      JOHN BAUCHE

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on October 6, 2025, "**PETITIONER'S STATUS REPORT**" was served by electronic filing on the following:

DEPARTMENT OF LABOR

Jennifer Stocker (stocker.jennifer.l@dol.gov)

Fair Labor Standards Division
Office of the Solicitor
United State Department of Labor
200 Constitution Avenue NW, Room N-2716
Washington, DC 20210

By: *John Bauché*
JOHN BAUCHE